

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SHELBY DISTRIBUTIONS, INC. D/B/A EXPRESS OFFICE PRODUCTS, | § | |
| | § | No. 08-13-00193-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st Judicial District Court |
| ALEJANDRO RETA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010-2017) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF JULY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Barajas, S.J., and Chew, S.J.
Barajas, Senior Judge (Sitting by Assignment)
Chew, Senior Judge (Sitting by Assignment)